**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00734-WYD-CBS

GARY GEISERT,

        Plaintiff,

v.

CMRE FINANCIAL SERVICES, INC.,

        Defendant.

**STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Gary Geisert and Defendant West Asset Management, Inc., appearing herein through their respective undersigned counsel of record, and representing to the Court that the above-captioned civil action has been settled in its entirety, hereby stipulate to the dismissal of this civil action on its merits, with prejudice, with each party to pay his or its own attorney's fees and costs.

Respectfully submitted on July 27, 2016.

| | |
|---|---|
| s/ Todd M. Friedman | s/ Louis Leonard Galvis |
| Todd M. Friedman, Esq. | Louis Leonard Galvis |
| The Law Offices of Todd M. Friedman | SESSIONS FISHMAN NATHAN & ISRAEL, LLC |
| 324 South Beverly Dr. | 645 Stonington Lane |
| Beverly Hills, CA 90212 | Fort Collins, CO 80525 |
| Telephone: (877) 206-4741 | Telephone: (970) 223-4420 |
| tfriedman@attorneysforconsumers.com | lgalvis@sessions-law.biz |
| | |
| Attorney for the Plaintiff | Attorneys for the Defendant |