IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-00734-WYD-CBS

GARY GEISERT,

    Plaintiff,

v.

CMRE FINANCIAL SERVICES, INC.,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the Parties' Stipulation of Dismissal of Case With Prejudice (ECF No. 14), filed on July 27, 2016. The parties have settled all issues in the case, and each agrees to pay its own attorney fees and costs. The Plaintiff voluntarily dismisses the action against the Defendant with prejudice. Accordingly, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendant CMRE Financial Services, Inc. The Clerk of the Court is directed to close this case.

Dated: August 3, 2016.

                                          BY THE COURT:

                                          <u>s/ Wiley Y. Daniel</u>
                                          Wiley Y. Daniel
                                          Senior United States District Judge